United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41691
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus


JAIME REYNA-SALINAS,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CR-201-1
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender, counsel for Jaime Reyna-
Salinas, has moved for leave to withdraw from this appeal and has
filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738
(1967).  A copy of counsel's motion and brief has been sent to
Reyna-Salinas, but he has not filed a response.  Our independent
review of the brief and the record discloses no nonfrivolous
issue.  Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

-------------------------

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.